IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02761-LTB

RACHEL EVANS,
        Plaintiff,

v.

JANEWAY LAW FIRM,
ALISON BERRY,
DOVENMUEHLE MORTGAGE, INC.,
COLORADO HOUSING AND FINANCE AUTHORITY,
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
SHEILA RAINER,
MESA COUNTY SHERIFF'S OFFICE,
CFPB,
SERVICELINK AUCTIONS,
PROVIDENCE INVESTMENTS,
COLORADO ATTORNEY GENERAL/DENVER STATE OFFICE COMPLEX,
JUDGE JEREMY CHAFFIN,
JUDGE CHARLOTTE SWEENEY, and
JUDGE RICHARD GURLEY,
        Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 10, 2025, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 10 day of October, 2025.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/G. Gillen
        Deputy Clerk